*W. A. Bullock, J. M. Busham, for appellant.*

*V. H. Grinstead, P. H. Leslie, for appellee.*

---

## COMMONWEALTH *v*. J. R. BARENTS.

[Abstract Kentucky Law Reporter, Vol. 3—466.]

**Forfeiture When No Bond.**

When there is no bond in the circuit court nor any minutes from an examining court filed in the circuit court, no forfeiture on a bond can be decreed.

APPEAL FROM CLINTON CIRCUIT COURT.

December 1, 1881.

OPINION BY JUDGE PRYOR:

The demurrer to the entire proceeding in this case was properly sustained for the reason, if no other, that the forfeiture was had when there was no bond in the circuit court, nor any minutes from

an examining court filed in the circuit court when the judgment was entered that a bail bond was executed.

It was a forfeiture by the court alone. No bond had been executed. *Morgan v. Commonwealth*, 12 Bush (Ky.) 84.

Judgment *affirmed.* Judge Lewis not sitting.

*P. W. Hardin, S. M. Payton, for appellant.*

*Sandige & Craddock, for appellee.*